

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-20-00043-CV

Krystal **LOPEZ**,
Appellant

v.

Randall P. **KIRK**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04061
Honorable David A. Canales, Judge Presiding

# O R D E R

On April 16, 2020, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the clerk's record did not contain a final judgment. On May 1, 2020, appellant filed a written response attaching a final judgment signed by the trial court on May 1, 2020. It is therefore ORDERED that the appeal is RETAINED on the docket of the court. The trial court clerk is ORDERED to file a supplemental clerk's record containing the final judgment no later than one week from the date of this order. Appellant's brief must be filed no later than June 1, 2020, and, pursuant to this court's order dated March 3, 2020, this court will only consider those issues raised in appellant's brief that do not require a reporter's record for a decision.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court